# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STACY D. LEMOINE,<br><br>  Defendant. | Case No. 5:02-mj-20711 TAG<br><br>**ORDER EXTENDING SURRENDER DATE** |

The defendant's surrender date is amended from October 24, 2005 to October 26, 2005.

IT IS SO ORDERED.

**Dated:   October 25, 2005**          /s/ Theresa A. Goldner
j6eb3d                           UNITED STATES MAGISTRATE JUDGE